**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6844**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MIKUEL TYRONE GASKINS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District
Judge. (CR-90-283-H, CA-95-3930-H)

———————

Submitted: September 25, 1997     Decided: October 20, 1997

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mikuel Tyrone Gaskins, Appellant Pro Se. John Vincent Geise, OFFICE
OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Gaskins</u>, Nos. CR-90-283-H, CA-95-3930-H (D. Md. Apr. 30, 1996). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We deny the motion for oral argument and dispense with argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for bail is denied.

<u>AFFIRMED</u>

2